# Exhibit B

# Check out your discounted settlement offer now!

## Take advantage of this limited time offer and SAVE $428.18!

**Save $428.18** off your current balance and only pay $428.18. This offer is for a limited time and expires Feb 23, 2024.

[View and Accept Offer]

# A discounted settlement offer is available now!

## Take advantage of this limited time offer and SAVE $85.64!

**Save $85.64** off your current balance and only pay $770.72. This offer is for a limited time and expires Mar 07, 2024.

**View and Accept Offer**

Hi Ruby,