# CERTIFICATE OF SERVICE

**UNITED STATES DISTRICT COURT**  
**MIDDLE DISTRICT OF PENNSYLVANIA**

Case #: 1:24-cv-01404-JPW

**Ruby Hayes**

Plaintiff

**vs.**

**Credit Corp Solutions, Inc.**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint For Damages Under The Fair Debt Collection Practices Act, The Telephone Consumer Protection Act And Other Equitable Relief; Civil Cover Sheet**

| | |
|---|---|
| PARTY SERVED: | **CREDIT CORP SOLUTIONS, INC.** |
| PERSON SERVED: | **VANESSA RODRIGUEZ, AUTHORIZED REPRESENTATIVE** |
| METHOD OF SERVICE: | **Corporate** - By leaving copies with the person identified above, apparently in charge at the office or usual place of business. I informed him/her of the general nature of the papers. |
| DATE & TIME OF DELIVERY: | **8/26/2024 at 12:18 PM** |
| ADDRESS, CITY AND STATE: | **121 W. ELECTION RD., STE 200, DRAPER, UT 84020** |

Race: **Hispanic**  Sex: **Female**  Age: **24**  
Height: **5'4"**  Weight: **150**  Hair: **Red**  Glasses: **No**

Judicial Attorney Services, Inc.  
PO Box 583  
Geneva, IL 60134  
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 8/27/2024.

*Jeff Cook*  
Jeff Cook  
Registration No: A127551

CLIENT: **Kravets Law Group, P.C.**  
FILE #:

Job #: **587118**