# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RUBY HAYES**    , | : | **CIVIL ACTION NO.** |
| Plaintiff, | : | 1:24-CV-1404 |
| v. | : | **Judge Wilson** |
| **CREDIT CORP SOLUTIONS, INC.,** | : | |
| Defendant. | : | |

## ENTRY OF DEFAULT

Default is hereby entered against defendants, **Credit Corp Solutions, Inc.,** for failure to file an answer and/or otherwise plead, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Peter J. Welsh, Clerk of Court

by: _s/Anita Arledge_
Deputy Clerk

Dated: 9/30/24